UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20268-DPG

**Otto Mesa,**
**Plaintiff,**

vs.

**United Parcel Service Inc.,**
**Defendant.**
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, OTTO MESA, ("Plaintiff") and Defendants, UNITED PARCEL SERVICE, INC. ("Defendant") (collectively referred to as the "Parties"), have amicably resolved all issues and hereby jointly stipulate the dismissal of this action with prejudice. The Parties further agree that each party shall bear his/its own attorney's fees and cost in connection with this action, except as agreed upon by the Parties.

According, the Parties respectfully request that this Honorable Court enter an Order dismissing this action *with prejudice*, with each party to be responsible for payment of their attorney's fees and cost, except as otherwise agreed upon by the Parties.

Respectfully submitted,

| | |
|---|---|
| /s/: *Elvis J. Adan* | /s/: *Seth V. Alhadeff* |
| Elvis J. Adan, Esq. | Seth V. Alhadeff., Esq. |
| Florida Bar No. 24223 | Florida Bar No. 525235 |
| Gallardo Law Office | Dinsmore & Shohl LLP |
| 8492 SW 8th Street | 200 South Biscayne Blvd, Suite 2401, |
| Miami, FL 33144 | Miami, FL 33131 |
| Telephone: 305-261-7000 | Telephone: 786-957-1157 |
| Facsimile: 305-261-0088 | Facsimile : 786-957-1157 |
| Email: elvis.adan@gallardolawyers.com | Email: Seth.Alhadeff@Dinsmore.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |